**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| CHRISTY LYNN HOLMES,<br><br>Plaintiff,<br><br>v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | CIV. NO.: 25-231 (GAG) |

**ORDER**

**GUSTAVO A. GELPÍ, Circuit Judge.**[1]

The Court's judicial review of the Commissioner's decision denying Plaintiff Christy Holmes ("Plaintiff") disability benefits is limited to determining whether the agency applied the correct legal standards and whether the factual findings are supported by substantial evidence on the record. Noreja v. Comm'r, SSA, 952 F.3d 1172, 1177-78 (10th Cir. 2020). Upon due consideration of the administrative record, as well as the operative filings in the Court, I hereby **ADOPT** in its entirety Magistrate Judge Robinson's Report and Recommendation ("R&R"), see Docket No. 19, affirming the Commissioner's decision.

In her Objection to the R&R, see Docket No. 20, Plaintiff again raises two points, which she presented to Judge Robinson and he rejected. First,

[1] The Honorable Gustavo A. Gelpí, Circuit Judge, United States Court of Appeals for the First Circuit, sitting by designation.

that the ALJ failed to perform a function-by-function analysis explaining how Plaintiff could stand/walk for six hours. Second, that the ALJ's analysis of her subjective symptoms was improper. Like Judge Robinson, I reject both arguments. And I wholly agree with his elaborate and well-reasoned analysis. See Docket No. 19, pgs. 7-12 (reviewing RFC assessment); see also id. at pgs. 17-20 (analyzing subjective statements).

In my experience of a quarter century as a federal judge, I am mindful that Plaintiff is of flesh and blood and has certain limitations in her ability to work. However, my standard of review--as stated earlier--is quite limited, and great deference is made to the fact findings of the ALJ. As such, I cannot substitute my opinionated judgment for that of the ALJ, even in circumstances in which reasonable minds could differ. Lax v. Astrue, 489 F.3d 1080, 1084 (10th Cir. 2007).

IT IS SO ORDERED.

DATED: November 10, 2026

/s/ Gustavo A. Gelpí
**GUSTAVO A. GELPÍ**
Circuit Judge, U.S. Court of Appeals for the First Circuit
Sitting by designation